# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBS AUTOMOTIVE SERVICES; ABF TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ILLINOIS TOOL WORKS, INC., DBA WYNN OIL COMPANY DBA WYNN'S USA, <br><br> Defendant. | CASE NO. 09-CV-996 JLS (MDD) <br><br> **ORDER: GRANTING JOINT MOTION TO DISMISS** <br><br> (ECF No. 218) |

Presently before the Court is the parties' joint motion to dismiss this action pursuant to a settlement agreement. (ECF No. 218.) Having considered the parties' joint motion, and good cause appearing, the Court orders as follows:

1. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

2. Subject to the Court's retention of jurisdiction to enforce the terms of the settlement agreement, the entire action, including all claims and counterclaims, **SHALL BE DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: February 1, 2012

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge